IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ORACLE GAS, LLC,** *et al.*                                              **PLAINTIFFS**

**V.**                          **CIVIL ACTION NO. 2:16-CV-142-KS-MTP**

**BEACON SUPPLY COMPANY, INC.,** *et al.*                  **DEFENDANTS**

### ORDER

The Court **grants in part and denies in part** Plaintiffs' Motion to Strike [42]. The Court denies the motion insofar as Plaintiffs request that the Court strike Defendants' reply and exhibits. The Court grants the motion insofar as Plaintiffs seek leave to file a sur-reply and supporting exhibit.

SO ORDERED AND ADJUDGED, on this, the __27th__ day of January, 2017.


                                                   s/Keith Starrett
                                     UNITED STATES DISTRICT JUDGE